UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIDIVILLE RANCHERIA OF CALIFORNIA,<br>Plaintiff,<br>v.<br>ALAN GINSBURG, et al.,<br>Defendants. | Case No. 26-cv-01578-AGT<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 56 |

The Court has received the parties' discovery letter summarizing their dispute about the scope of jurisdictional discovery. Dkt. 56. Plaintiff should produce documents that respond to Counterclaimants' requests for production, as well as provide a privilege log.

The Court has reviewed the parties' letter, Counterclaimants' requests for production, and Plaintiff's responses. It agrees with Counterclaimants that their requests for production are within the boundaries of the jurisdictional discovery it ordered. *See* Dkt. 48 at 2-3. The Court's order stated that Counterclaimants could conduct discovery within the scope of Duncan and Galarza's depositions. *Id.*; *see also* dkts. 12-1 & 12-2. Counterclaimants' requests track individual statements within each of those declarations. Dkts. 56-1 at 6 & 56-2 at 6. Plaintiff must produce documents within its possession that are responsive to these requests.

If Plaintiff wishes to assert that these documents are privileged or protected, it must produce a privilege log that complies with the Federal Rules and the Court's standing order. *See* Fed. R. Civ. P. 26(b)(5); AGT Civil Standing Order § VII.D.

If a dispute remains after Plaintiff produces these additional documents and/or a privilege log, the parties are ordered to meet and confer. *See* AGT Civil Standing Order § VII.B. Finally, the Court notes that it ordered jurisdictional discovery to conclude by November 2, 2026. Dkt. 48 at 3. The parties should meet and confer as to this deadline and update the Court if they anticipate any issues meeting it.

**IT IS SO ORDERED.**

Dated: October 23, 2026

Alex G. Tse
United States Magistrate Judge