UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIDIVILLE RANCHERIA OF CALIFORNIA,<br>Plaintiff,<br>v.<br>ALAN GINSBURG, et al.,<br>Defendants. | Case No. 26-cv-01578-AGT<br><br>**ORDER RE: JURISDICTIONAL DISCOVERY**<br>Re: Dkt. No. 62 |

The Court has received the parties' letter proposing changes to the timeline for limited jurisdictional discovery. Dkt. 62. The proposal is accepted. The current November 2, 2026 cutoff date for jurisdictional discovery is vacated. By December 1, 2026, the parties shall submit a joint update on the status of discovery.

**IT IS SO ORDERED.**

Dated: November 4, 2026

Alex G. Tse
United States Magistrate Judge